

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| EDWARD WELCH,<br>　　　Petitioner,<br><br>vs.<br><br>WARDEN STAN BURTT et al.,<br>　　　Respondents. | §<br>§<br>§<br>§　　CIVIL ACTION NO. 0:08-060-HHF-MCIV<br>§<br>§<br>§ |

## ORDER

This case was filed as a 28 U.S.C. § 2254 action.[*] Petitioner is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that this action be dismissed, pursuant to Fed. R. Civ. Proc. 41(b), with prejudice. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

---

[*]Due to a scrivener's error, the Report cites to Title 42 instead of Title 28.

The Magistrate Judge filed the Report on September 18, 2008, but Petitioner failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that this action be **DISMISSED,** pursuant to Fed. R. Civ. Proc. 41(b), with prejudice.

**IT IS SO ORDERED**.

Signed this 7th day of October, 2008, in Spartanburg, South Carolina.

> s/ Henry F. Floyd  
> HENRY F. FLOYD  
> UNITED STATES DISTRICT JUDGE

*****
### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.